USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/9/2020

Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Brieanne Scully (BS 3711)
bscully@ipcounselors.com
Danielle S. Yamali (DY 4228)
dfutterman@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiff*
*Heron Preston S.r.l.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HERON PRESTON S.R.L., *Plaintiff* v. AIDA008, ALIBOER007, ALICE899, ALIEGATE, AMOYTOP, ANDYS_TRIBE, ANET78889, ANGELIA_LOVES, ARMY, ASTROWORLDCLOTHING, ATOY, BANANA002, BBCNEWSBOY, BDFASHIONCLOTHING, BEST_BIKINI, BESTONLINESTORE, BIGNEWS, BIGTOMSTORE, BLUEBERRY11, BLUEBERRY12, BLUEDAILY, BLUEOFTHESEA, BOYSCLUB, BRAND_CHARM, BRANDSELLERS, BRANDSTORE0721, BTSFORMEN, BUYERFRIEND, C121144507, CAIFUSHIJIA888, CANADAGOOSESTORE9, CFWHK915, CHANEL777, CHAODIE1, CHARISMATIC_PERSONAL, CHENGXINGSHANGPU8, CHENXING888, CHERRY011, CHICWEAR, CINDA01, CINDA02, CLOTHFIRST, CLOTHINGDH, CNSELLERS, COMFORTABLE01, CORN001, COSMOS_FZ, DAVI24, DAVIBRANDSTORE, DESIGNERGUCCI, DESIGNERMENSCLOTHING, DH_JIXIANGRUYI, DHFASHIONJ, DONGGUAN_WHOLESALE, DUDU0405, ENERGY_SHOP, FAFAFA168, FAMOUSCLOTHING, | 19-cv-11331 (AT) **ORDER TO UNSEAL** |

FASHION_GARMENTS, FASHION_PALACE, FASHIONAPPERAL, FASHIONGUYS, FASHIONSHOP0618, FEAROFGODMEN, FEIZAI, FEMMECLOTHESWARDROBE, FENG20180205, FOGBANK2012, GAODASHANG, GASODA, GBRANDDESIGNER, GENTLECASUAL, GIV_SHOP, GOOD_CLOTHES, GOU02, GUANGZHOUJINDU86, GUYU11, HAIPISHOP, HANFEI001, HANFEI011, HAPPY_WEDDINGS, HAPPYSOCKS, HERONARMORHOMMES, HGG201733, HHWQ105, HIGHSTREET666, HIPHOPBOY, HONGHUI005, HUAWEIFITTING, HUMPHRAY, IICEEI, ILOVEAPPLE, INTERFLY666, JACKET_OUTLET, JACKLI119, JERKIN, JI_SHAO, JINSHANGHUA8888, JINYING2016, JUST4URWEAR, KAIXIN00666, KANJIANFEN788, KANYEWEST, KASELLER, KK_BOY, KMOONHOUSE, KYNE, LANDONG05, LAOCUNZHANG667788, LARCH, LICHEE009, LIDANDAN3689, LIFACAI1987, LILISHOP0911, LIUJIANSTORE, LORAL, LOVECLOTH, LOVEIT2017, LOVEJOJO0307, LUCKYSELLERS, LUCKYSELLERS1, LVZU666, LYY282, MAKECHAMPION, MALEKANYEFASHION, MANCLOTHES, MANGO003, MAYDAY1, MDX1990, MEIKAIERDU88, MENGMENG2019, MENSUPSTORE, MIFASHIONCOSTUME, MINGXINMAOYI888, MIRROR_HOME, MYCAT_ANDY, NASASPACE, NELSONBRANDSTORE, NICBUY, NIHAO5689025, NIUMOWANG2, NIUMOWANG7, NYSH, ONEREPUBLIC2, OTTIE, PALM_GOD, PANDO168, PHILIPPPE, PRAGGA, PRETTYAMAZING, Q663, QINGYANG999, R9HY80, RAT_TOYS, ROSE005, SAMANTHE, SAMLLA, SECRETWOMENCLOTHES, SHUANG18, SIYU0888, SOISO, SONGQIAOLING114, SPRING10086, SPRING168, SQUARE1989, SUKICARE, SUMMER0926, SUNNY_COMFORTABLE, SUNNYTRADE, SUPER_EGG, SUPERCOOLGUY, SUWAI, SWALLOW2014520, SWEATCLOTH, SZGHHCOOL, THE_NORTHFACE, TIERAROSS, TIMBERLANDSTORE, TNF_JACKET, TOMAPEX, TOMORROW158, TORY_KEAD, TREND_STORE, UGGFASHIONCLOTHES, VANSMENDESIGNER, VINTAGECLOTHING, VOGO55, VOGOBOY, VOGUEAPPAREL, WEIZHU, WENYA2016, WONYO168, WUQI578, XMASFASHIONGIFTS, XUEHANHAN, XXII, XXIII, XXXI, YAGE_SHOP, YI1BEI8SHUI3, YINGYINGYANYAN, YINGZAIZHIXING008,

YINXIANG444, YIWANG04, YIYEQIUYU, YOOYO001, YUHAO886, YUYUAN7910, ZGLOUIS, ZHANGCM3581, ZHENGRUI05, ZISHU111 and ZTY005,

*Defendants*

WHEREAS the Court orders that this Action be unsealed and Records Management upload all documents filed to date on the Electronic Case Filing system.

**SO ORDERED.**

SIGNED this  9th  day of   January  , 2020, at   3:33   p .m.
New York, New York

_____
HON. ANALISA TORRES
UNITED STATES DISTRICT JUDGE