Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Brieanne Scully (BS 3711)
bscully@ipcounselors.com
Danielle S. Yamali (DY 4228)
dfutterman@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone:     (212) 292-5390
Facsimile:      (212) 292-5391
*Attorneys for Plaintiff*
*Heron Preston S.R.L.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/26/2020_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HERON PRESTON S.R.L.,

*Plaintiff*

v.

AIDA008, *et al.*,
*Defendants*

**CIVIL ACTION No.
19-cv-11331 (AT)**

## NOTICE OF VOLUNTARY DISMISSAL

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Heron Preston S.R.L. ("Heron Preston" or "Plaintiff"), by its undersigned attorneys, hereby gives notice of dismissal of all claims against Defendants Cosmos_fz, Feizai, Guyu11, Iiceei, Kk_boy, Larch, Suwai, Vogoboy, Weizhu, Wonyo168 and Yiyeqiuyu in the above-captioned action, with prejudice, and with each party to bear its own attorneys' fees, costs and expenses.

Dated: June 17, 2020                                    Respectfully submitted,

                                                     **EPSTEIN DRANGEL LLP**

BY:     /s/ Brieanne Scully
        Brieanne Scully (BS 3711)
        bscully@ipcounselors.com
        EPSTEIN DRANGEL LLP
        60 East 42nd Street, Suite 2520
        New York, NY 10165
        Telephone:   (212) 292-5390
        Facsimile:    (212) 292-5391
        *Attorneys for Plaintiff*
        *Heron Preston S.R.L.*

**It is so ORDERED.**

Signed at New York, NY on  June   26 , 2020.

_____
ANALISA TORRES
United States District Judge