UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/6/2023_

HERON PRESTON S.R.L.,

                Plaintiff,

v.

AIDA008, ALIBOER007, ALICE899, ALIEGATE, AMOYTOP, ANDYS_TRIBE, ANET78889, ANGELIA_LOVES, ARMY, ASTROWORLDCLOTHING, ATOY, BANANA002, BBCNEWSBOY, BDFASHIONCLOTHING, BEST_BIKINI, BESTONLINESTORE, BIGNEWS, BIGTOMSTORE, BLUEBERRY11, BLUEBERRY12, BLUEDAILY, BLUEOFTHESEA, BOYSCLUB, BRAND_CHARM, BRANDSELLERS, BRANDSTORE0721, BTSFORMEN, BUYERFRIEND, C121144507, CAIFUSHIJIA888, CANADAGOOSESTORE9, CFWHK915, CHANEL777, CHAODIE1, CHARISMATIC_PERSONAL, CHENGXINGSHANGPU8, CHENXING888, CHERRY011, CHICWEAR, CINDA01, CINDA02, CLOTHFIRST, CLOTHINGDH, CNSELLERS, COMFORTABLE01, CORN001, COSMOS_FZ, DAVI24, DAVIBRANDSTORE, DESIGNERGUCCI, DESIGNERMENSCLOTHING, DH_JIXIANGRUYI, DHFASHIONJ, DONGGUAN_WHOLESALE, DUDU0405, ENERGY_SHOP, FAFAFA168, FAMOUSCLOTHING, FASHION_GARMENTS, FASHION_PALACE, FASHIONAPPERAL, FASHIONGUYS, FASHIONSHOP0618, FEAROFGODMEN, FEIZAI, FEMMECLOTHESWARDROBE, FENG20180205, FOGBANK2012, GAODASHANG, GASODA, GBRANDDESIGNER, GENTLECASUAL, GIV_SHOP, GOOD_CLOTHES, GOU02, GUANGZHOUJINDU86, GUYU11, HAIPISHOP, HANFEI001, HANFEI011, HAPPY_WEDDINGS, HAPPYSOCKS, HERONARMORHOMMES, HGG201733, HHWQ105, HIGHSTREET666, HIPHOPBOY, HONGHUI005, HUAWEIFITTING, HUMPHRAY, IICEEI, ILOVEAPPLE, INTERFLY666, JACKET_OUTLET, JACKLI119,

19 Civ. 11331 (AT)

**ORDER**

JERKIN, JI_SHAO, JINSHANGHUA8888, JINYING2016, JUST4URWEAR, KAIXIN00666, KANJIANFEN788, KANYEWEST, KASELLER, KK_BOY, KMOONHOUSE, KYNE, LANDONG05, LAOCUNZHANG667788, LARCH, LICHEE009, LIDANDAN3689, LIFACAI1987, LILISHOP0911, LIUJIANSTORE, LORAL, LOVECLOTH, LOVEIT2017, LOVEJOJO0307, LUCKYSELLERS, LUCKYSELLERS1, LVZU666, LYY282, MAKECHAMPION, MALEKANYEFASHION, MANCLOTHES, MANGO003, MAYDAY1, MDX1990, MEIKAIERDU88, MENGMENG2019, MENSUPSTORE, MIFASHIONCOSTUME, MINGXINMAOYI888, MIRROR_HOME, MYCAT_ANDY, NASASPACE, NELSONBRANDSTORE, NICBUY, NIHAO5689025, NIUMOWANG2, NIUMOWANG7, NYSH, ONEREPUBLIC2, OTTIE, PALM_GOD, PANDO168, PHILIPPPE, PRAGGA, PRETTYAMAZING, Q663, QINGYANG999, R9HY80, RAT_TOYS, ROSE005, SAMANTHE, SAMLLA, SECRETWOMENCLOTHES, SHUANG18, SIYU0888, SOISO, SONGQIAOLING114, SPRING10086, SPRING168, SQUARE1989, SUKICARE, SUMMER0926, SUNNY_COMFORTABLE, SUNNYTRADE, SUPER_EGG, SUPERCOOLGUY, SUWAI, SWALLOW2014520, SWEATCLOTH, SZGHHCOOL, THE_NORTHFACE, TIERAROSS, TIMBERLANDSTORE, TNF_JACKET, TOMAPEX, TOMORROW158, TORY_KEAD, TREND_STORE, UGGFASHIONCLOTHES, VANSMENDESIGNER, VINTAGECLOTHING, VOGO55, VOGOBOY, VOGUEAPPAREL, WEIZHU, WENYA2016, WONYO168, WUQI578, XMASFASHIONGIFTS, XUEHANHAN, XXII, XXIII, XXXI, YAGE_SHOP, YI1BEI8SHUI3, YINGYINGYANYAN, YINGZAIZHIXING008, YINXIANG444, YIWANG04, YIYEQIUYU, YOOYO001, YUHAO886, YUYUAN7910, ZGLOUIS, ZHANGCM3581, ZHENGRUI05, ZISHU111 and ZTY005,

            Defendants.

The Court has reviewed Plaintiff's proposed default judgment filed on January 4, 2023. ECF No. 50. The Court shall not retain jurisdiction over this matter in the event that default judgment is entered against Defendants. *See id.* at 10. Accordingly, Plaintiff shall submit a revised proposed default judgment.

SO ORDERED.

Dated: January 6, 2023
New York, New York

_____
ANALISA TORRES
United States District Judge